MICHAEL G. PALMER
PALMER | GEORGE PLLC
923 N. 3rd Street
Coeur d'Alene, ID 83814
Telephone: (208) 665-5778
Facsimile: (208) 676-1683
Email: amber@cdalawoffice.com
ISBA# 5488

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) | Case No. 3:21 CR 334 DCN |
| vs. | ) ) | **NOTICE OF RESERVATION OF** |
| DESIREE KATHERINE RODRIGUEZ, | ) ) | **RIGHT TO SEEK DOWNWARD DEPARTURE AND/OR VARIANCE** |
| Defendant. | ) ) ) | |

COMES NOW, the above-named Defendant, DESIREE KATHERINE RODRIGUEZ, by and through his attorney of record, MICHAEL G. PALMER of the law firm of PALMER | GEORGE PLLC, CJA Appointed Counsel, and hereby gives notice to the Court and counsel for the prosecution that Defendant hereby reserves the right to seek a downward departure from the sentencing guidelines, at sentencing. More specifically, Defendant at sentencing reserves the right to request the Court to consider a downward departure from the sentencing guidelines and/or to request of the Court a downward variance outside the sentencing guidelines pursuant to

the authority vested in the Court by operation of 18 U.S.C. § 3553(a) and as defined by the United States Supreme Court in *United States v. Booker*, 125 S.Ct. 738, (2005) and its case authority progeny.

Counsel on behalf of Defendant reserves the right to submit supplemental authority and briefing in support of these motions and further reserves the right to argue the same before the Court at Sentencing or any other relevant hearing.

DATED this 25th day of November, 2022.

PALMER | GEORGE PLLC

By_____
Michael G. Palmer
Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of November, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Bryce B. Ellsworth
Assistant United States Attorney
District of Idaho
6450 N. Mineral Drive, Suite 210
Coeur d'Alene, ID 83815

☒ CM/ECF SYSTEM
☐ U.S. MAIL
☐ TELECOPY (FAX) to: (208) 667-0814

_____
Amber D. Morris

NOTICE OF RESERVATION OF RIGHT TO SEEK
DOWNWARD DEPARTURE AND/OR VARIANCE - 2